# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COOKS COLLISION, INC. dba COOKS COLLISION OF BRENTWOOD; WOOD BROTHERS PROPERTIES, LLC,<br><br>    Defendants. | Case No. 3:18-cv-05860-TSH<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: September 24, 2018<br>Trial Date:      None<br>Magistrate Judge: Hon. Thomas S. Hixson<br>                 Courtroom D, San Francisco |

Proposed Order Granting

Case No. 3:18-cv-05860-TSH
[PROPOSED] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)

The Court, having considered the Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the parties, finds that this action shall be dismissed with prejudice in its entirety. Each party is to bear her/its own fees and costs. The Court will retain jurisdiction over this matter in accordance with Paragraph 7 of General Order 56.

**IT IS SO ORDERED.**

Dated: December 21, 2018

Honorable Thomas S. Hixson, Magistrate Judge
UNITED STATES DISTRICT COURT

Proposed Order Granting

1  Case No. 3:18-cv-05860-TSH
[PROPOSED] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)